

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

KIM JOHN MANANSALA

Case No. 2:25 mj 53
Corrected Court Date: April 2, 2025

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation No. 2102603

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 21, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, KIM JOHN MANANSALA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 21, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, KIM JOHN MANANSALA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

COUNT THREE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 20, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, KIM JOHN MANANSALA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT FOUR
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 20, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, KIM JOHN MANANSALA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

COUNT FIVE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 19, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, KIM JOHN MANANSALA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

## COUNT SIX
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 19, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, KIM JOHN MANANSALA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

## COUNT SEVEN
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 7, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, KIM JOHN MANANSALA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

## COUNT EIGHT
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 7, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, KIM JOHN MANANSALA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: /s/ Alan M. Sides
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ Alan M. Sides
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

6 Mar 2024
Date